The Court approves the referee's report and directs that respondent receive a public reprimand. However, we further direct that the public reprimand be administered by the Board of Governors of The Florida Bar at a date and time to be determined by the Board. Respondent is also directed to comply with all other terms and conditions of the report.
Judgment is entered for The Florida Bar, 651 East Jefferson Street, Tallahassee, *Page 1196 
Florida 32399-2300, for recovery of costs from Petia Dimitrova Knowles in the amount of $4,164.99, for which sum let execution issue.
PARIENTE, LEWIS, QUINCE, POLSTON, LABARGA, and PERRY, JJ., concur.
CANADY, C.J., concurs in part and dissents in part with an opinion.